PER CURIAM.
We have for review State v. Kenny, 576 So.2d 302 (Fla. 2d DCA 1991), based on express and direct conflict with Carter v. State, 571 So.2d 520 (Fla. 4th DCA 1990), Flowers v. State, 567 So.2d 1055 (Fla. 5th DCA 1990), and Walker v. State, 546 So.2d 764 (Fla. 5th DCA 1989). We have jurisdiction. Art. V, § 3(b)(3), Fla. Const. We recently quashed Flowers and Carter and approved cases that reached the same result as the court below. Flowers v. State, 586 So.2d 1058 (Fla.1991); Carter v. State, 586 So.2d 340 (Fla.1991); State v. Worley, 586 So.2d 338 (Fla.1991). Accordingly, the opinion below is approved. We disapprove the opinion in Walker.
It is so ordered.
SHAW, C.J., and OVERTON, McDonald, barkett, grimes, KOGAN and HARDING, JJ., concur.